# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ERIN BAUER in her individual capacity and as administratrix of the ESTATE OF PAUL BAUER

        Plaintiff,

v.

ARMSLIST, LLC,
BRIAN MANCINI,
JONATHAN GIBBON,
and
BROC ELMORE,

        Defendants.

Case No.: 2:20-cv-00215-PP

# DISCLOSURE STATEMENT

The undersigned, counsel of record for Erin Bauer, plaintiff, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

Plaintiff

Erin Bauer in her individual capacity and as administratrix of the Estate of Paul Bauer is not a corporation.

Attorneys

Cannon & Dunphy S.C.
Brady United Against Gun Violence
Blank Rome LLP

Dated this 13th day of February, 2020.

        /s/ Brett A. Eckstein
        Patrick O. Dunphy
        State Bar No. 1036964
        Brett A. Eckstein
        State Bar No. 1036964

P. O. ADDRESS:
595 North Barker Road
P. O. Box 1750
Brookfield, WI  53008-1750
Phone:      (262) 796-3702
Fax:        (262) 796-3712
Email:      pdunphy@c-dlaw.com
            beckstein@c-dlaw.com

**BRADY**
/s/ Jonathan E. Lowy*
Jonathan E. Lowy *(pro hac vice to be filed)
Chief Counsel and Vice President
Legal
840 First Street NE
Suite 400
Washington, DC 20002
202-370-8104
jlow@bradyunited.org

/s/ Christa Y. Nicols*
Christa Y. Nicols *(pro hac vice to be filed)
Legal Counsel, Policy
840 First St., NE, Suite 400 Washington, DC, 20002
202-370-8131
www.bradyunited.org

**BLANK ROME, LLP**
/s/ John D. Kimball*
John D. Kimball *(pro hac vice to be filed)
1271 Avenue of the Americas
New York, NY 10020
(212) 885-5000
jkimball@blankrome.com