# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

ERIN BAUER in her individual capacity
and as administratrix of the ESTATE OF
PAUL BAUER,

      Plaintiff,

v.

ARMSLIST, LLC and JONATHAN
GIBBON,

      Defendants.

Case No. 2:20-cv-00215-PP

## DISCLOSURE STATEMENT

The undersigned counsel of record for Defendants Armslist, LLC, and Jonathan Gibbon furnish the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

<u>Defendants</u>

Armslist, LLC, does not have a parent corporation, and no publicly held corporation owns 10% or more of the stock of Armslist, LLC.

Jonathan Gibbon is an individual.

<u>Attorneys</u>

FISHERBROYLES, LLP

This 8th day of June, 2020.

      <u>/s/Timothy L. Moore</u>
      Timothy L. Moore, Esq.
      Admitted pro hac vice
      *Attorney for Armslist, LLC and Jonathan Gibbon*
      FISHERBROYLES, LLP
      811 Mason Street
      San Francisco, CA 94108
      T: (619) 678-1588
      F: (619) 275-7479
      timothy.moore@fisherbroyles.com

1