UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ERIN BAUER in her individual capacity and as administratrix of the ESTATE OF PAUL BAUER,<br><br>Plaintiffs,<br><br>-against-<br><br>ARMSLIST, LLC and JONATHAN GIBBON,<br><br>Defendants. | Case No. 2:20-cv-00215(PP)<br><br>**STIPULATION EXTENDING PARTIES' TIME TO FILE OPPOSITION AND REPLY TO DEFENDANTS' MOTION TO DISMISS** |

**WHEREAS**, on February 12, 2020, 2018, Plaintiff Erin Bauer in her individual capacity and as administratrix of the Estate of Paul Bauer ("Plaintiff") filed a Complaint against defendants Armslist, LLC, Brian Mancini, Jonathan Gibbon, and Broc Elmore, and

**WHEREAS**, on February 28, 2020, Plaintiff removed Elmore as a defendant and filed an Amended Complaint against defendants Armslist, LLC and Jonathan Gibbon ("Defendants"), and

**WHEREAS**, on May 12, 2020, Plaintiff removed Mancini as a Defendant and filed a Second Amended Complaint against defendants Armslist, LLC and Jonathan Gibbon, and

**WHEREAS**, on June 8, 2020, Defendants filed Motions to Dismiss the Second Amended Complaint, *see* Dkt. Nos. 5-8, and

**WHEREAS**, Plaintiff and Defendants have agreed to extend the time for Plaintiff to file opposition papers to Defendants' Motions to Dismiss and for Defendants' to file reply papers to their Motions to Dismiss.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the respective parties that the time for Plaintiff to file opposition papers to the Motions to Dismiss is hereby extended to and including July 29, 2020,

and the time for Defendants to file reply papers to their Motion to Dismiss is hereby extended to

August 12, 2020.

Dated: June 18, 2020

| | |
|---|---|
| **CANNON & DUNPHY, S.C.** | **FISHERBROYLES LLP** |
| By: */s/ Patrick O. Dunphy* <br> Patrick O. Dunphy (State Bar No. 1036964) <br> pdunphy@c-dlaw.com <br> 595 North Barker Road <br> P.O. Box 1750 <br> Brookfield, WI 53008-1750 <br> 262-796 3702 | By: */s/ Timothy L. Moore* <br> Timothy L Moore <br> timothy.moore@fisherbroyles.com <br> FisherBroyles LLP <br> 811 Mason St <br> San Francisco, CA 94108 <br> 619-678-1588 <br><br> *Attorneys for Defendants* |

**BRADY**
Jonathan E. Lowy, Esq.
jlowy@bradyunited.org
840 First Street NE
Suite 400
Washington, DC 20002
202-370-8104

**BLANK ROME LLP**
John Kimball, Esq.
jkimball@BlankRome.com
1271 Avenue of the Americas
New York, New York 10020
212-885-5130

*Attorneys for Plaintiff*