UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

– – – – – – – – – – – – – – – – – – – – – – – – – – X
                             :

ERIN BAUER in her individual capacity and as   :   Case No. 2:20-cv-00215(PP)
administratrix of the ESTATE OF PAUL BAUER,  :

                             :   **STIPULATION EXTENDING**

        Plaintiffs,               :   **DEFENDANTS' TIME TO FILE**
                             :   **REPLY IN SUPPORT OF MOTIONS**

  -against-                   :   **TO DISMISS**
                             :

ARMSLIST, LLC and JONATHAN GIBBON,   :

                             :

        Defendants.             :

                             :
– – – – – – – – – – – – – – – – – – – – – – – – – – X

       **WHEREAS**, on February 12, 2020, 2018, Plaintiff Erin Bauer in her individual capacity

and as administratrix of the Estate of Paul Bauer ("Plaintiff") filed a Complaint against

defendants Armslist, LLC, Brian Mancini, Jonathan Gibbon, and Broc Elmore, and

       **WHEREAS**, on February 28, 2020, Plaintiff removed Elmore as a defendant and filed an

Amended Complaint against defendants Armslist, LLC and Jonathan Gibbon ("Defendants"),

and

       **WHEREAS**, on May 12, 2020, Plaintiff removed Mancini as a Defendant and filed a

Second Amended Complaint against defendants Armslist, LLC and Jonathan Gibbon, and

       **WHEREAS**, on June 8, 2020, Defendants filed Motions to Dismiss the Second Amended

Complaint, *see* Dkt. Nos. 5-8, and

       **WHEREAS**, Plaintiff and Defendants agreed to extend the time for Plaintiff to file

opposition papers to Defendants' Motions to Dismiss ("Motions") and for Defendants to file

reply papers to their Motions to Dismiss to July 29, 2020, which request the Court granted *see*

Dkt. No. 12, and

       **WHEREAS**, Plaintiff filed oppositions to the Motions on July 29, 2020, and

**WHEREAS**, Plaintiff and Defendants have agreed to further extend the time for Defendants to file reply papers in support of their Motions to Dismiss to August 26, 2020.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the respective parties that the time for Defendants to file reply papers in support of their Motions to Dismiss is hereby extended to and including August 26, 2020.

Dated:  August 7, 2020

**BLANK ROME LLP**

By:  */s/ John Kimball*
John Kimball, Esq. (admitted *pro hac vice*)
jkimball@BlankRome.com
1271 Avenue of the Americas
New York, New York 10020
212-885-5130


**BRADY**
Jonathan E. Lowy, Esq.
jlowy@bradyunited.org
840 First Street NE
Suite 400
Washington, DC 20002
202-370-8104


**CANNON & DUNPHY, S.C.**

Patrick O. Dunphy (State Bar No. 1036964)
pdunphy@c-dlaw.com
595 North Barker Road
P.O. Box 1750
Brookfield, WI 53008-1750
262-796 3702

*Attorneys for Plaintiff*

**FISHERBROYLES LLP**

By:  */s/ Timothy L. Moore*
Timothy L Moore (admitted *pro hac vice*)
timothy.moore@fisherbroyles.com
FisherBroyles LLP
811 Mason St
San Francisco, CA 94108
619-678-1588

*Attorneys for Defendants*