UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

———————————————————— X
ERIN BAUER in her individual capacity and as administratrix of the ESTATE OF PAUL BAUER,

    Plaintiffs,

-against-

ARMSLIST, LLC and JONATHAN GIBBON,

    Defendants.
———————————————————— X

Case No. 2:20-cv-00215(PP)

**STIPULATION EXTENDING DEFENDANTS' TIME TO FILE REPLY IN SUPPORT OF MOTIONS TO DISMISS**

**WHEREAS**, on February 12, 2020, 2018, Plaintiff Erin Bauer in her individual capacity and as administratrix of the Estate of Paul Bauer ("Plaintiff") filed a Complaint against defendants Armslist, LLC, Brian Mancini, Jonathan Gibbon, and Broc Elmore, and

**WHEREAS**, on February 28, 2020, Plaintiff removed Elmore as a defendant and filed an Amended Complaint against defendants Armslist, LLC and Jonathan Gibbon ("Defendants"), and

**WHEREAS**, on May 12, 2020, Plaintiff removed Mancini as a Defendant and filed a Second Amended Complaint against defendants Armslist, LLC and Jonathan Gibbon, and

**WHEREAS**, on June 8, 2020, Defendants filed Motions to Dismiss the Second Amended Complaint, *see* Dkt. Nos. 5-8, and

**WHEREAS**, Plaintiff and Defendants agreed to extend the time for Plaintiff to file opposition papers to Defendants' Motions to Dismiss ("Motions") and for Defendants to file reply papers to their Motions to Dismiss to July 29, 2020, which request the Court granted, *see* Dkt. No. 12, and

**WHEREAS**, Plaintiff filed oppositions to the Motions on July 29, 2020, and

**WHEREAS**, Plaintiff and Defendants stipulated to further extend the time for Defendants to file reply papers in support of their Motions to Dismiss to August 26, 2020, which the Court granted on August 10, 2020, *see* Dkt. No. 17; and

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the respective parties that the time for Defendants to file reply papers in support of their Motions to Dismiss is hereby further extended to and including September 2, 2020.

Dated: August 19, 2020

| | |
|---|---|
| **BLANK ROME LLP** | **FISHERBROYLES LLP** |
| By: */s/ John Kimball* <br> John Kimball, Esq. (admitted *pro hac vice*) <br> jkimball@BlankRome.com <br> 1271 Avenue of the Americas <br> New York, New York 10020 <br> 212-885-5130 | By: */s/ Timothy L. Moore* <br> Timothy L Moore (admitted *pro hac vice*) <br> timothy.moore@fisherbroyles.com <br> FisherBroyles LLP <br> 811 Mason St <br> San Francisco, CA 94108 <br> 619-678-1588 <br><br> *Attorneys for Defendants* |

**BRADY**
Jonathan E. Lowy, Esq.
jlowy@bradyunited.org
840 First Street NE
Suite 400
Washington, DC 20002
202-370-8104

**CANNON & DUNPHY, S.C.**

Patrick O. Dunphy (State Bar No. 1036964)
pdunphy@c-dlaw.com
595 North Barker Road
P.O. Box 1750
Brookfield, WI 53008-1750
262-796 3702

*Attorneys for Plaintiff*

2

Case 2:20-cv-00215-PP   Filed 08/19/20   Page 2 of 2   Document 18