ERIN BAUER, and
ESTATE OF PAUL BAUER
*by administratrix Erin Bauer*,

        Plaintiffs,           Case No.: 20-cv-215-pp

    v.

ARMSLIST LLC, JONATHAN GIBBON,
BRIAN MANCINI, and BROC ELMORE

        Defendants.

# NOTICE OF APPEAL

Please take notice that Plaintiffs, Erin Bauer and Estate of Paul Bauer, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Decision and Order Granting Defendants' Motion to Dismiss (document 29) and the Judgment dismissing the action (document 30), both entered on November 19, 2021.

Dated: November 29, 2021

        Respectfully submitted,

        **BLANK ROME, LLP**

        /s/ *John Kimball*
        John D. Kimball
        1271 Avenue of the Americas
        New York, NY 10020
        (212) 885-5000
        john.kimball@blankrome.com

        *Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I, John Kimball, an attorney, hereby certify that I caused a true and correct copy of the instant **Notice of Appeal** to be served upon all counsel of record using the Court's CM/ECF electronic filing system on this 29th day of November, 2021.

/s/ *John Kimball*